# Personal Earning Statement

| Company | Employee | Pay Period |
|---|---|---|
| **CP Operating LLC** | **Sakena  Phillips -** ▮▮▮▮ | 02/08/2026 - 02/21/2026 |
| Care Pavilion Nursing and Rehab | XXX-XX-0350 | Pay Date: 02/27/2026 |
| 6212 Walnut Street | 5724 Delancey Street | Voucher Number: 29171 |
| Philadelphia, PA  19139 | Philadelphia, PA  19143 | |
| (215) 476-6264 | | |

## Earnings

| Earnings | Job | Date | Rate | Hours | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| Evening Diff | Nursing | 02/08/02026 | $2.00 | 7.50 | $15.00 | $764.00 |
| Evening Diff | Nursing | 02/09/02026 | $2.00 | 7.50 | $15.00 | $764.00 |
| Evening Diff | Nursing | 02/11/02026 | $2.00 | 7.50 | $15.00 | $764.00 |
| Evening Diff | Nursing | 02/12/02026 | $2.00 | 7.25 | $14.50 | $764.00 |
| Evening Diff | Nursing | 02/13/02026 | $2.00 | 7.50 | $15.00 | $764.00 |
| Evening Diff | Nursing | 02/16/02026 | $2.00 | 7.50 | $15.00 | $764.00 |
| Evening Diff | Nursing | 02/17/02026 | $2.00 | 7.50 | $15.00 | $764.00 |
| Evening Diff | Nursing | 02/18/02026 | $2.00 | 7.50 | $15.00 | $764.00 |
| Evening Diff | Nursing | 02/20/02026 | $2.00 | 7.50 | $15.00 | $764.00 |
| Evening Diff | Nursing | 02/21/02026 | $2.00 | 7.50 | $15.00 | $764.00 |
| Regular | Nursing | 02/08/02026 | $20.25 | 7.50 | $151.88 | $7,183.90 |
| Regular | Nursing | 02/09/02026 | $20.25 | 7.50 | $151.88 | $7,183.90 |
| Regular | Nursing | 02/11/02026 | $20.25 | 7.50 | $151.88 | $7,183.90 |
| Regular | Nursing | 02/12/02026 | $20.25 | 7.25 | $146.81 | $7,183.90 |
| Regular | Nursing | 02/13/02026 | $20.25 | 7.50 | $151.88 | $7,183.90 |
| Regular | Nursing | 02/16/02026 | $20.25 | 7.50 | $151.88 | $7,183.90 |
| Regular | Nursing | 02/17/02026 | $20.25 | 7.50 | $151.88 | $7,183.90 |
| Regular | Nursing | 02/18/02026 | $20.25 | 7.50 | $151.88 | $7,183.90 |
| Regular | Nursing | 02/20/02026 | $20.25 | 7.50 | $151.88 | $7,183.90 |
| Regular | Nursing | 02/21/02026 | $20.25 | 7.50 | $151.88 | $7,183.90 |
| **Total Gross** | | | | **149.50** | **$1,663.23** | **9,388.85** |

## Taxes

| Tax | Exemptions | Amount | Year-To-Date |
|---|---|---|---|
| Social Security Employee | | $103.12 | $572.81 |
| Medicare | | $24.12 | $133.97 |
| Federal Withholding | Single - 0 | $101.75 | $610.49 |
| PA State Withholding | | $51.06 | $283.63 |
| PA Philadelphia EIT | | $62.20 | $345.52 |
| PA Unemployment Employee | | $1.16 | $6.46 |
| **Total Taxes** | | **$343.41** | **1,952.88** |

## Deductions

| Deduction | Amount | Year-To-Date |
|---|---|---|
| 401K Percent Union | 116.43 | 657.22 |
| **Total Deductions** | **116.43** | **657.22** |

Powered By *fingercheck*

# Personal Earning Statement

| Company | Employee | Pay Period |
|---|---|---|
| **CP Operating LLC** | **Sakena  Phillips -** ▮▮▮▮ | 02/08/2026 - 02/21/2026 |
| Care Pavilion Nursing and Rehab | XXX-XX-0350 | Pay Date: 02/27/2026 |
| 6212 Walnut Street | 5724 Delancey Street | Voucher Number: 29171 |
| Philadelphia, PA  19139 | Philadelphia, PA  19143 | |
| (215) 476-6264 | | |

## Employer Items

| Item | Amount | Year-To-Date |
|---|---|---|
| 401k Match | 49.90 | 281.67 |
| **Total Employer Items** | **49.90** | **281.67** |

## Direct Deposits

| Account | Amount |
|---|---|
| Default | $1,203.39 |
| **Total Direct Deposits** | **$1,203.39** |

## Paid Time Off

| Accrual Policy | Allowed Hours | Used Hours | Balance Hours |
|---|---|---|---|
| PTO | 93.75 (4.60 accrued this period) | 0.00 | 93.75 |

**Total PTO**

**Notes:**

| | |
|---|---|
| **Current Net Total** | **$1,203.39** |
| **Year-To-Date Net Total** | **$6,778.75** |

Powered By  fingercheck

# Personal Earning Statement

|  | Company | Employee | Pay Period |
|---|---|---|---|
|  | CP Operating LLC | Sakena  Phillips – ███ | 02/22/2026 - 03/07/2026 |
|  | Care Pavilion Nursing and Rehab | XXX-XX-0350 | Pay Date: 03/13/2026 |
|  | 6212 Walnut Street | 5724 Delancey Street | Voucher Number: 31277 |
|  | Philadelphia, PA  19139 | Philadelphia, PA  19143 |  |
|  | (215) 476-6264 |  |  |

## Earnings

| Earnings | Job | Date | Rate | Hours | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| Evening Diff | Nursing | 02/22/02026 | $2.00 | 7.50 | $15.00 | $914.00 |
| Evening Diff | Nursing | 02/23/02026 | $2.00 | 7.50 | $15.00 | $914.00 |
| Evening Diff | Nursing | 02/25/02026 | $2.00 | 7.50 | $15.00 | $914.00 |
| Evening Diff | Nursing | 02/26/02026 | $2.00 | 7.50 | $15.00 | $914.00 |
| Evening Diff | Nursing | 02/27/02026 | $2.00 | 7.50 | $15.00 | $914.00 |
| Evening Diff | Nursing | 03/02/02026 | $2.00 | 7.50 | $15.00 | $914.00 |
| Evening Diff | Nursing | 03/03/02026 | $2.00 | 7.50 | $15.00 | $914.00 |
| Evening Diff | Nursing | 03/04/02026 | $2.00 | 7.50 | $15.00 | $914.00 |
| Evening Diff | Nursing | 03/06/02026 | $2.00 | 7.50 | $15.00 | $914.00 |
| Evening Diff | Nursing | 03/07/02026 | $2.00 | 7.50 | $15.00 | $914.00 |
| Regular | Nursing | 02/22/02026 | $20.25 | 7.50 | $151.88 | $8,702.70 |
| Regular | Nursing | 02/23/02026 | $20.25 | 7.50 | $151.88 | $8,702.70 |
| Regular | Nursing | 02/25/02026 | $20.25 | 7.50 | $151.88 | $8,702.70 |
| Regular | Nursing | 02/26/02026 | $20.25 | 7.50 | $151.88 | $8,702.70 |
| Regular | Nursing | 02/27/02026 | $20.25 | 7.50 | $151.88 | $8,702.70 |
| Regular | Nursing | 03/02/02026 | $20.25 | 7.50 | $151.88 | $8,702.70 |
| Regular | Nursing | 03/03/02026 | $20.25 | 7.50 | $151.88 | $8,702.70 |
| Regular | Nursing | 03/04/02026 | $20.25 | 7.50 | $151.88 | $8,702.70 |
| Regular | Nursing | 03/06/02026 | $20.25 | 7.50 | $151.88 | $8,702.70 |
| Regular | Nursing | 03/07/02026 | $20.25 | 7.50 | $151.88 | $8,702.70 |

| **Total Gross** | | | | **150.00** | **$1,668.80** | **11,057.65** |

## Taxes

| Tax | Exemptions | Amount | Year-To-Date |
|---|---|---|---|
| Social Security Employee |  | $103.47 | $676.28 |
| Medicare |  | $24.20 | $158.17 |
| Federal Withholding | Single - 0 | $102.38 | $712.87 |
| PA State Withholding |  | $51.23 | $334.86 |
| PA Philadelphia EIT |  | $62.41 | $407.93 |
| PA Unemployment Employee |  | $1.17 | $7.63 |

| **Total Taxes** | | **$344.86** | **2,297.74** |

## Deductions

| Deduction | Amount | Year-To-Date |
|---|---|---|
| 401K Percent Union | 116.82 | 774.04 |

| **Total Deductions** | **116.82** | **774.04** |

Powered By  fingercheck

# Personal Earning Statement

|  | Company | Employee | Pay Period |
|---|---|---|---|
|  | CP Operating LLC | Sakena  Phillips - ███████ | 02/22/2026 - 03/07/2026 |
|  | Care Pavilion Nursing and Rehab | XXX-XX-0350 | Pay Date: 03/13/2026 |
|  | 6212 Walnut Street | 5724 Delancey Street | Voucher Number: 31277 |
|  | Philadelphia, PA  19139 | Philadelphia, PA  19143 |  |
|  | (215) 476-6264 |  |  |

## Employer Items

| Item | Amount | Year-To-Date |
|---|---|---|
| 401k Match | 50.06 | 331.73 |
| **Total Employer Items** | **50.06** | **331.73** |

## Direct Deposits

| Account | Amount |
|---|---|
| Default | $1,207.12 |
| **Total Direct Deposits** | **$1,207.12** |

## Paid Time Off

| Accrual Policy | Allowed Hours | Used Hours | Balance Hours |
|---|---|---|---|
| PTO | 98.36 (4.61 accrued this period) | 0.00 | 98.36 |

**Total PTO**

**Notes:**

| Current Net Total | $1,207.12 |
|---|---|
| Year-To-Date Net Total | $7,985.87 |

Powered By *fingercheck*

# Personal Earning Statement

| Company | Employee | Pay Period |
|---|---|---|
| **CP Operating LLC**<br>Care Pavilion Nursing and Rehab<br>6212 Walnut Street<br>Philadelphia, PA  19139<br>(215) 476-6264 | **Sakena  Phillips -** ▮▮▮▮▮<br>XXX-XX-0350<br>5724 Delancey Street<br>Philadelphia, PA  19143 | 03/08/2026 - 03/21/2026<br>Pay Date: 03/27/2026<br>Voucher Number: 32657 |

## Earnings

| Earnings | Job | Date | Rate | Hours | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| Evening Diff | Nursing | 03/08/02026 | $2.00 | 7.50 | $15.00 | $1,109.00 |
| Evening Diff | Nursing | 03/09/02026 | $2.00 | 7.50 | $15.00 | $1,109.00 |
| Evening Diff | Nursing | 03/11/02026 | $2.00 | 7.50 | $15.00 | $1,109.00 |
| Evening Diff | Nursing | 03/12/02026 | $2.00 | 7.50 | $15.00 | $1,109.00 |
| Evening Diff | Nursing | 03/13/02026 | $2.00 | 7.50 | $15.00 | $1,109.00 |
| Evening Diff | Nursing | 03/14/02026 | $2.00 | 7.50 | $15.00 | $1,109.00 |
| Evening Diff | Nursing | 03/15/02026 | $2.00 | 7.50 | $15.00 | $1,109.00 |
| Evening Diff | Nursing | 03/16/02026 | $2.00 | 7.50 | $15.00 | $1,109.00 |
| Evening Diff | Nursing | 03/17/02026 | $2.00 | 7.50 | $15.00 | $1,109.00 |
| Evening Diff | Nursing | 03/18/02026 | $2.00 | 7.50 | $15.00 | $1,109.00 |
| Evening Diff | Nursing | 03/19/02026 | $2.00 | 7.50 | $15.00 | $1,109.00 |
| Evening Diff | Nursing | 03/20/02026 | $2.00 | 7.50 | $15.00 | $1,109.00 |
| Evening Diff | Nursing | 03/21/02026 | $2.00 | 7.50 | $15.00 | $1,109.00 |
| Regular | Nursing | 03/08/02026 | $20.25 | 7.50 | $151.88 | $10,322.76 |
| Regular | Nursing | 03/09/02026 | $20.25 | 7.50 | $151.88 | $10,322.76 |
| Regular | Nursing | 03/11/02026 | $20.25 | 7.50 | $151.88 | $10,322.76 |
| Regular | Nursing | 03/12/02026 | $20.25 | 7.50 | $151.88 | $10,322.76 |
| Regular | Nursing | 03/13/02026 | $20.25 | 7.50 | $151.88 | $10,322.76 |
| Regular | Nursing | 03/14/02026 | $20.25 | 2.50 | $50.63 | $10,322.76 |
| Regular | Nursing | 03/15/02026 | $20.25 | 7.50 | $151.88 | $10,322.76 |
| Regular | Nursing | 03/16/02026 | $20.25 | 7.50 | $151.88 | $10,322.76 |
| Regular | Nursing | 03/17/02026 | $20.25 | 7.50 | $151.88 | $10,322.76 |
| Regular | Nursing | 03/18/02026 | $20.25 | 7.50 | $151.88 | $10,322.76 |
| Regular | Nursing | 03/19/02026 | $20.25 | 7.50 | $151.88 | $10,322.76 |
| Regular | Nursing | 03/20/02026 | $20.25 | 2.50 | $50.63 | $10,322.76 |
| Overtime | Nursing | 03/14/02026 | $30.38 | 5.00 | $151.88 | $911.26 |
| Overtime | Nursing | 03/20/02026 | $30.38 | 5.00 | $151.88 | $911.26 |
| Overtime | Nursing | 03/21/02026 | $30.38 | 7.50 | $227.81 | $911.26 |

| **Total Gross** | | | | **195.00** | **$2,346.63** | **13,404.28** |

## Taxes

| Tax | Exemptions | Amount | Year-To-Date |
|---|---|---|---|
| Social Security Employee | | $145.49 | $821.77 |
| Medicare | | $34.03 | $192.20 |
| Federal Withholding | Single - 0 | $178.02 | $890.89 |
| PA State Withholding | | $72.04 | $406.90 |

Powered By *fingercheck*

# Personal Earning Statement

| Company | Employee | Pay Period |
|---|---|---|
| **Company** | **Employee** | **Pay Period** |
| CP Operating LLC | Sakena  Phillips - ███████ | 03/08/2026 - 03/21/2026 |
| Care Pavilion Nursing and Rehab | XXX-XX-0350 | Pay Date: 03/27/2026 |
| 6212 Walnut Street | 5724 Delancey Street | Voucher Number: 32657 |
| Philadelphia, PA  19139 | Philadelphia, PA  19143 | |
| (215) 476-6264 | | |

| | Amount | Year-To-Date |
|---|---|---|
| PA Philadelphia EIT | $87.76 | $495.69 |
| PA Unemployment Employee | $1.64 | $9.27 |
| **Total Taxes** | **$518.98** | **2,816.72** |

## Deductions

| Deduction | Amount | Year-To-Date |
|---|---|---|
| 401K Percent Union | 164.26 | 938.30 |
| **Total Deductions** | **164.26** | **938.30** |

## Employer Items

| Item | Amount | Year-To-Date |
|---|---|---|
| 401k Match | 70.40 | 402.13 |
| **Total Employer Items** | **70.40** | **402.13** |

## Direct Deposits

| Account | Amount |
|---|---|
| Default | $1,663.39 |
| **Total Direct Deposits** | **$1,663.39** |

## Paid Time Off

| Accrual Policy | Allowed Hours | Used Hours | Balance Hours |
|---|---|---|---|
| PTO | 103.28 (4.92 accrued this period) | 16.00 | 87.28 |
| **Total PTO** | | | |

**Notes:**

| | |
|---|---|
| **Current Net Total** | **$1,663.39** |
| **Year-To-Date Net Total** | **$9,649.26** |

Powered By *fingercheck*

# Personal Earning Statement

| Company | Employee | Pay Period |
|---|---|---|
| **Company** | **Employee** | **Pay Period** |
| CP Operating LLC | Sakena  Phillips - ▮▮▮▮▮ | 03/22/2026 - 04/04/2026 |
| Care Pavilion Nursing and Rehab | XXX-XX-0350 | Pay Date: 04/10/2026 |
| 6212 Walnut Street | 5724 Delancey Street | Voucher Number: 34050 |
| Philadelphia, PA  19139 | Philadelphia, PA  19143 | |
| (215) 476-6264 | | |

## Earnings

| Earnings | Job | Date | Rate | Hours | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| Evening Diff | Nursing | 03/22/02026 | $2.00 | 7.50 | $15.00 | $1,169.00 |
| Evening Diff | Nursing | 03/23/02026 | $2.00 | 7.50 | $15.00 | $1,169.00 |
| Evening Diff | Nursing | 03/25/02026 | $2.00 | 7.50 | $15.00 | $1,169.00 |
| Evening Diff | Nursing | 04/04/02026 | $2.00 | 7.50 | $15.00 | $1,169.00 |
| Regular | Nursing | 03/22/02026 | $20.25 | 7.50 | $151.88 | $10,930.28 |
| Regular | Nursing | 03/23/02026 | $20.25 | 7.50 | $151.88 | $10,930.28 |
| Regular | Nursing | 03/25/02026 | $20.25 | 7.50 | $151.88 | $10,930.28 |
| Regular | Nursing | 04/04/02026 | $20.25 | 7.50 | $151.88 | $10,930.28 |
| Paid Time Off | Nursing | 03/26/02026 | $20.25 | 8.00 | $162.00 | $972.00 |
| Paid Time Off | Nursing | 03/27/02026 | $20.25 | 8.00 | $162.00 | $972.00 |
| Paid Time Off | Nursing | 03/30/02026 | $20.25 | 8.00 | $162.00 | $972.00 |
| Paid Time Off | Nursing | 03/31/02026 | $20.25 | 8.00 | $162.00 | $972.00 |
| Paid Time Off | Nursing | 04/01/02026 | $20.25 | 8.00 | $162.00 | $972.00 |
| Paid Time Off | Nursing | 04/03/02026 | $20.25 | 8.00 | $162.00 | $972.00 |
| **Total Gross** | | | | **108.00** | **$1,639.52** | **15,043.80** |

## Taxes

| Tax | Exemptions | Amount | Year-To-Date |
|---|---|---|---|
| Social Security Employee | | $101.65 | $923.42 |
| Medicare | | $23.77 | $215.97 |
| Federal Withholding | Single - 0 | $99.11 | $990.00 |
| PA State Withholding | | $50.33 | $457.23 |
| PA Philadelphia EIT | | $61.32 | $557.01 |
| PA Unemployment Employee | | $1.15 | $10.42 |
| **Total Taxes** | | **$337.33** | **3,154.05** |

## Deductions

| Deduction | Amount | Year-To-Date |
|---|---|---|
| Pay On-Demand | 169.99 | 169.99 |
| 401K Percent Union | 114.77 | 1,053.07 |
| **Total Deductions** | **284.76** | **1,223.06** |

## Employer Items

| Item | Amount | Year-To-Date |
|---|---|---|
| 401k Match | 49.19 | 451.32 |
| **Total Employer Items** | **49.19** | **451.32** |

Powered By fingercheck

# Personal Earning Statement

| Company | Employee | Pay Period |
|---|---|---|
| **Company** | **Employee** | **Pay Period** |
| CP Operating LLC | Sakena  Phillips - ▬ | 03/22/2026 - 04/04/2026 |
| Care Pavilion Nursing and Rehab | XXX-XX-0350 | Pay Date: 04/10/2026 |
| 6212 Walnut Street | 5724 Delancey Street | Voucher Number: 34050 |
| Philadelphia, PA  19139 | Philadelphia, PA  19143 | |
| (215) 476-6264 | | |

## Direct Deposits

| Account | Amount |
|---|---|
| Default | $1,017.43 |

**Total Direct Deposits**  **$1,017.43**

## Paid Time Off

| Accrual Policy | Allowed Hours | Used Hours | Balance Hours |
|---|---|---|---|
| PTO | 105.13 (1.85 accrued this period) | 48.00 | 57.13 |

**Total PTO**

**Notes:**

| | |
|---|---|
| **Current Net Total** | **$1,017.43** |
| **Year-To-Date Net Total** | **$10,666.69** |

*Powered By* fingercheck

# Personal Earning Statement

| **Company** | **Employee** | **Pay Period** |
|---|---|---|
| CP Operating LLC | Sakena  Phillips - ▇▇▇ | 04/05/2026 - 04/18/2026 |
| Care Pavilion Nursing and Rehab | XXX-XX-0350 | Pay Date: 04/24/2026 |
| 6212 Walnut Street | 5724 Delancey Street | Voucher Number: 36517 |
| Philadelphia, PA  19139 | Philadelphia, PA  19143 | |
| (215) 476-6264 | | |

## Earnings

| Earnings | Job | Date | Rate | Hours | Amount | Year-To-Date |
|---|---|---|---|---|---|---|
| Regular | Nursing | 04/05/02026 | $20.25 | 7.50 | $151.88 | $12,550.33 |
| Regular | Nursing | 04/06/02026 | $20.25 | 7.50 | $151.88 | $12,550.33 |
| Regular | Nursing | 04/07/02026 | $20.25 | 7.50 | $151.88 | $12,550.33 |
| Regular | Nursing | 04/08/02026 | $20.25 | 7.25 | $146.81 | $12,550.33 |
| Regular | Nursing | 04/09/02026 | $20.25 | 7.50 | $151.88 | $12,550.33 |
| Regular | Nursing | 04/10/02026 | $20.25 | 2.75 | $55.69 | $12,550.33 |
| Regular | Nursing | 04/12/02026 | $20.25 | 7.50 | $151.88 | $12,550.33 |
| Regular | Nursing | 04/13/02026 | $20.25 | 7.50 | $151.88 | $12,550.33 |
| Regular | Nursing | 04/14/02026 | $20.25 | 7.50 | $151.88 | $12,550.33 |
| Regular | Nursing | 04/15/02026 | $20.25 | 7.50 | $151.88 | $12,550.33 |
| Regular | Nursing | 04/17/02026 | $20.25 | 7.50 | $151.88 | $12,550.33 |
| Regular | Nursing | 04/18/02026 | $20.25 | 2.50 | $50.63 | $12,550.33 |
| Evening Diff | Nursing | 04/05/02026 | $2.00 | 7.50 | $15.00 | $1,363.50 |
| Evening Diff | Nursing | 04/06/02026 | $2.00 | 7.50 | $15.00 | $1,363.50 |
| Evening Diff | Nursing | 04/07/02026 | $2.00 | 7.50 | $15.00 | $1,363.50 |
| Evening Diff | Nursing | 04/08/02026 | $2.00 | 7.25 | $14.50 | $1,363.50 |
| Evening Diff | Nursing | 04/09/02026 | $2.00 | 7.50 | $15.00 | $1,363.50 |
| Evening Diff | Nursing | 04/10/02026 | $2.00 | 7.50 | $15.00 | $1,363.50 |
| Evening Diff | Nursing | 04/11/02026 | $2.00 | 7.50 | $15.00 | $1,363.50 |
| Evening Diff | Nursing | 04/12/02026 | $2.00 | 7.50 | $15.00 | $1,363.50 |
| Evening Diff | Nursing | 04/13/02026 | $2.00 | 7.50 | $15.00 | $1,363.50 |
| Evening Diff | Nursing | 04/14/02026 | $2.00 | 7.50 | $15.00 | $1,363.50 |
| Evening Diff | Nursing | 04/15/02026 | $2.00 | 7.50 | $15.00 | $1,363.50 |
| Evening Diff | Nursing | 04/17/02026 | $2.00 | 7.50 | $15.00 | $1,363.50 |
| Evening Diff | Nursing | 04/18/02026 | $2.00 | 7.50 | $15.00 | $1,363.50 |
| Overtime | Nursing | 04/10/02026 | $30.38 | 4.75 | $144.28 | $1,435.23 |
| Overtime | Nursing | 04/11/02026 | $30.38 | 7.50 | $227.81 | $1,435.23 |
| Overtime | Nursing | 04/18/02026 | $30.38 | 5.00 | $151.88 | $1,435.23 |

| **Total Gross** | | | | **194.50** | **$2,338.52** | **17,382.32** |

## Taxes

| Tax | Exemptions | Amount | Year-To-Date |
|---|---|---|---|
| Social Security Employee | | $144.99 | $1,068.41 |
| Medicare | | $33.91 | $249.88 |
| Federal Withholding | Single - 0 | $177.12 | $1,167.12 |
| PA State Withholding | | $71.79 | $529.02 |

Powered By *fingercheck*

# Personal Earning Statement

| Company | Employee | Pay Period |
|---|---|---|
| **Company** | **Employee** | **Pay Period** |
| CP Operating LLC | Sakena  Phillips - ███ | 04/05/2026 - 04/18/2026 |
| Care Pavilion Nursing and Rehab | XXX-XX-0350 | Pay Date: 04/24/2026 |
| 6212 Walnut Street | 5724 Delancey Street | Voucher Number: 36517 |
| Philadelphia, PA  19139 | Philadelphia, PA  19143 | |
| (215) 476-6264 | | |

| | Amount | Year-To-Date |
|---|---|---|
| PA Philadelphia EIT | $87.46 | $644.47 |
| PA Unemployment Employee | $1.64 | $12.06 |
| **Total Taxes** | **$516.91** | **3,670.96** |

## Deductions

| Deduction | Amount | Year-To-Date |
|---|---|---|
| Pay On-Demand | 203.99 | 373.98 |
| 401K Percent Union | 163.70 | 1,216.77 |
| **Total Deductions** | **367.69** | **1,590.75** |

## Employer Items

| Item | Amount | Year-To-Date |
|---|---|---|
| 401k Match | 70.16 | 521.48 |
| **Total Employer Items** | **70.16** | **521.48** |

## Direct Deposits

| Account | Amount |
|---|---|
| Default | $1,453.92 |
| **Total Direct Deposits** | **$1,453.92** |

## Paid Time Off

| Accrual Policy | Allowed Hours | Used Hours | Balance Hours |
|---|---|---|---|
| PTO | 110.05 (4.92 accrued this period) | 48.00 | 62.05 |
| **Total PTO** | | | |

**Notes:**

| | |
|---|---|
| **Current Net Total** | **$1,453.92** |
| **Year-To-Date Net Total** | **$12,120.61** |

Powered By fingercheck