**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

## PRAECIPE TO WITHDRAW AND SUBSTITUTE

Effective September 4, 2026, I will no longer be associated with the law firm of McCalla Raymer Leibert & Pierce, LLP. Kindly withdraw my appearance on the matters in Exhibit "A" and substitute Brian Nicholas, Esq., of McCalla Raymer Leibert & Pierce, LLP in my place.

Date: September 4, 2026

Respectfully submitted,

/s/ Denise Carlon________________

Denise Carlon, Esq.
PA I.D. # 317226
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, PA 19106

Kindly enter my appearance on the matters listed in Exhibit "A" in place of Denise Carlon, Esq.

Date: September 4, 2026

Respectfully submitted,
/s/ Brian Nicholas________________

Brian Nicholas, Esq.
PA I.D. # 317240
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, PA 19106
Brian.nicholas@mccalla.com