| Case # | Title | Chapter | Date Filed |
|---|---|---|---|
| 19-11386-| | Robert A. LaRosa | 13 | 3/6/2019 |
| 19-14254-| | David A. Eckroth and Rosa A. Eckroth | 13 | 7/3/2019 |
| 19-14707-( | Pablo Vicente | 13 | 7/29/2019 |
| 20-11101-a | Cristal M. Watkins-Ford | 13 | 2/22/2020 |
| 21-10329-( | Patricia R. Couser | 13 | 2/10/2021 |
| 21-11590-a | Linda L Artman | 13 | 6/3/2021 |
| 21-11624-a | Michael J. Gasiewski | 13 | 6/8/2021 |
| 21-12329-| | William C. Parks and Kimberly L. Parks | 13 | 8/24/2021 |
| 21-13212-( | David M. Bizal | 13 | 12/3/2021 |
| 22-11289-| | Fred Michael Salgado | 13 | 5/19/2022 |
| 22-11376-( | Thomas C Luther | 13 | 5/27/2022 |
| 22-11992-| | Eric W. Johanson and Andrea M. Johanson | 13 | 7/29/2022 |
| 22-12172-a | Daniel Faucette | 13 | 8/19/2022 |
| 22-12342-| | Jared R. Facciola and Melodie R. Facciola | 13 | 9/6/2022 |
| 22-12784-a | Hugh D McGlade and Caroline A. McGlade | 13 | 10/18/2022 |
| 22-13459-( | Jason Dicampello and Ann M. DiCampello | 13 | 12/30/2022 |
| 23-10464-| | Sheri Pugliesi | 13 | 2/16/2023 |
| 23-10537-a | Cynthia L. Rabb | 13 | 2/24/2023 |
| 23-10794-( | Collette Thornton | 13 | 3/20/2023 |
| 23-10887-| | Isaiah E. Dickens | 13 | 3/28/2023 |
| 23-11636-| | Albert James Freed | 13 | 6/1/2023 |
| 23-11846-| | Daniel E. Brady | 13 | 6/23/2023 |
| 23-12039-( | Joseph G Healy, Jr. | 13 | 7/11/2023 |
| 23-12727-( | Richard Revere | 13 | 9/11/2023 |
| 23-12875-a | Richard P. Silverman and Carol A. Silverman | 13 | 9/22/2023 |
| 24-10076-| | Richard E. Hoffmaster | 13 | 1/11/2024 |
| 24-10258-| | William M Gall | 13 | 1/29/2024 |
| 24-11074-a | Afreda M. Brundidge-Smith | 13 | 3/29/2024 |
| 24-11231-| | Charles A. Wesley and Connie M. Wesley | 13 | 4/11/2024 |
| 24-11643-| | Roland G. Shelton, Jr. and Lisa H. Perry James Shelton | 13 | 5/14/2024 |
| 24-11835-| | Theodore K. Gross, Jr. and Erin T. Wentzel | 13 | 5/30/2024 |
| 24-12143-| | Samuel R. Nicol, Jr. and Brandi L. Nicol | 13 | 6/21/2024 |
| 24-12221-| | Barry W Wyche | 13 | 6/27/2024 |
| 24-12472-| | Ricardo Jose Castillo and Mirna E Sanchez Castillo | 13 | 7/17/2024 |
| 24-13162-a | Simone H. Blake | 13 | 9/9/2024 |
| 24-13465-| | Shannon L Shay and Robert Russell Shay | 13 | 9/26/2024 |
| 24-13724-| | Mary Little | 13 | 10/17/2024 |
| 24-14247-a | Matthew Ferragame and Gina Ferragame | 13 | 11/26/2024 |
| 24-14319-a | Dennis J Mirabito | 13 | 12/3/2024 |
| 24-14577-a | Kristy L. Santiago | 13 | 12/24/2024 |
| 25-10002-| | William Albert Spoonhoward, Jr. | 13 | 1/2/2025 |
| 25-10316-( | Steven David Smith | 13 | 1/25/2025 |
| 25-10539-a | Joseph A. Ragus, Jr. and Terri M. Ragus | 13 | 2/11/2025 |

| | | | |
|---|---|---|---|
| 25-10626-( | Louise J. Andrews | 13 | 2/18/2025 |
| 25-10679-a | Sharon D. Farmer | 13 | 2/20/2025 |
| 25-10717-p | Paul Mizvitowicz and Shannon S. Mizvitowicz | 13 | 2/24/2025 |
| 25-10870-p | Judith Mercedes Contreras | 13 | 3/4/2025 |
| 25-10942-a | Rosaleen Holohan | 13 | 3/8/2025 |
| 25-11145-a | Kieran L. Wilson | 13 | 3/25/2025 |
| 25-11461-a | John G Hyduck and Marina Hyduck | 13 | 4/15/2025 |
| 25-11500-p | Roberta Susan Hahn and Ace Samuel Hahn | 13 | 4/17/2025 |
| 25-11775-a | Barry Jay Esterman | 7 | 5/5/2025 |
| 25-11858-p | Larry David Namm and Alice Gail Namm | 13 | 5/9/2025 |
| 25-11894-( | Nicole P. O'Donnell | 13 | 5/13/2025 |
| 25-11924-( | Kyle E. Santiago and Joane Louis | 13 | 5/15/2025 |
| 25-12010-a | Terrence L. Howard | 13 | 5/21/2025 |
| 25-12331-( | Khristian O. Brooks and Leandra J. Brooks | 13 | 6/11/2025 |
| 25-12635-p | Kathy Marie Briggs | 13 | 6/30/2025 |
| 25-13119-a | Kevin James Hysick and Elizabeth Eileen Hysick | 11 | 8/5/2025 |
| 25-13211-a | Charles Peters | 13 | 8/13/2025 |
| 25-13650-p | Michele Marguerite Palmer | 13 | 9/11/2025 |
| 25-13999-a | John Eric Medycki, Jr. | 13 | 10/2/2025 |
| 25-14330-a | William Nguyen | 13 | 10/27/2025 |
| 25-14344-p | Jude Corriolan and Marie Florence Corriolan | 13 | 10/28/2025 |
| 25-14349-a | Joseph M. Giunta | 13 | 10/28/2025 |
| 25-14360-a | Arthur B. Sheffield | 13 | 10/28/2025 |
| 25-14454-a | Myra C Lopez | 13 | 10/31/2025 |
| 25-14621-( | Gregory Johns-Miller | 13 | 11/13/2025 |
| 25-14671-a | Lillian M McKethan | 13 | 11/17/2025 |
| 25-14688-a | SDLOMO Partners, LLC | 11 | 11/18/2025 |
| 25-14850-p | David A. Conklin and Jodi L. Conklin | 11 | 11/26/2025 |
| 25-15214-( | Michael Joseph Hellyer | 13 | 12/23/2025 |
| 25-15252-( | Brian Timothy Leslie and Stephanie Carmen Harris | 13 | 12/29/2025 |
| 25-15263-p | Low Cost Tree Service & Systems, LLC | 11 | 12/30/2025 |
| 25-15285-a | Dishon J. Dawson | 13 | 12/31/2025 |
| 26-10123-p | Michael Andreacchio and Alexis Lauren Wolf | 13 | 1/12/2026 |
| 26-10132-( | Barry L Smith and Phyllis T Smith | 13 | 1/13/2026 |
| 26-10200-p | Colleen Marie Weaver | 13 | 1/17/2026 |
| 26-10387-a | Carl Wint | 13 | 1/30/2026 |
| 26-10431-a | Stokes & Stokes Properties, LLC | 11 | 2/3/2026 |
| 26-10435-( | JW Consulting, LLC | 11 | 2/3/2026 |
| 26-10521-( | Kenya Y Harris | 13 | 2/10/2026 |
| 26-10524-a | Raven Brianna Sims-Worthy | 13 | 2/10/2026 |
| 26-10529-p | Clara Elena De Los Santos | 7 | 2/11/2026 |
| 26-10582-( | Daniel J. Santucci | 13 | 2/13/2026 |
| 26-10598-( | Judy Yvette Franklin | 13 | 2/16/2026 |
| 26-10637-p | Lora S. Frey | 13 | 2/18/2026 |

| | | | |
|---|---|---|---|
| 26-10646-ı | David Jay Smith and Lisa Marie Smith | 13 | 2/18/2026 |
| 26-10650-ı | Eucal Dillon Holness | 13 | 2/18/2026 |
| 26-10718-ε | Mark T. Chuck | 13 | 2/23/2026 |
| 26-10719-ı | Abner Stoltzfus and Lydia S Stoltzfus | 13 | 2/24/2026 |
| 26-10851-ε | Paige M. Taylor | 13 | 3/2/2026 |
| 26-10877-ı | Robert E. Randolph | 13 | 3/4/2026 |
| 26-10933-ı | Jonathan Dewitt Gangwer and Melissa Rose Gangwer | 13 | 3/9/2026 |
| 26-11056-ı | Frank J Castrenze, Jr. and Theresa L Castrenze | 13 | 3/16/2026 |
| 26-11064-ı | Darrell Anthony Mckinney, Sr. and Lisa Deneen Mckinney | 13 | 3/16/2026 |
| 26-11068-ε | Adolfo T Vazquez | 13 | 3/16/2026 |
| 26-11156-ı | Edwin Earl Martin, II | 13 | 3/20/2026 |
| 26-11208-ı | Deanna L Smith and Robert T Smith | 13 | 3/25/2026 |
| 26-11210-ı | Glenna F Cupid | 13 | 3/25/2026 |
| 26-11222-ı | Brian Thomas Pursell | 13 | 3/26/2026 |
| 26-11226-ı | Sheila Marie Gilmore | 13 | 3/26/2026 |
| 26-11384-ε | Kellyann M. Kopp | 13 | 4/2/2026 |
| 26-11393-ε | Nicholas J. Schneider | 13 | 4/2/2026 |
| 26-11396-ı | Sandra L. Flowers | 13 | 4/3/2026 |
| 26-11444-ε | Angelica M. Marquez | 13 | 4/7/2026 |
| 26-11475-ı | Robert Kevin Ford | 13 | 4/8/2026 |
| 26-11548-ı | DILLING PA, LLC | 11 | 4/13/2026 |
| 26-11608-ε | PELCO BUILDERS, INC. | 11 | 4/16/2026 |
| 26-11617-ε | Donald Blizzard | 13 | 4/17/2026 |
| 26-11659-ı | Michael K Popky | 13 | 4/20/2026 |
| 26-11752-ı | Osbaldo Sanchez | 13 | 4/24/2026 |
| 26-11770-ı | Anais Joyce Enterprises, LLC | 7 | 4/27/2026 |
| 26-11904-ı | Keith Carlyle Snyder | 13 | 4/30/2026 |
| 26-11942-ε | Scott R. Adaire and Kelly A. Adaire | 13 | 5/1/2026 |
| 26-12032-ε | Irakli Bareladze | 13 | 5/7/2026 |
| 26-12039-ε | Christopher Wurts and Jana Wurts | 13 | 5/8/2026 |
| 26-12107-ı | Jeffrey Scott Kemper | 13 | 5/13/2026 |
| 26-12278-ı | Kathleen Susan Platz | 13 | 5/26/2026 |
| 26-12327-ε | Crystal Marie Stephens Thorpe | 13 | 5/29/2026 |
| 26-12358-ı | Branden Scott Gross and Amy Lynn Gross | 13 | 5/29/2026 |
| 26-12374-ı | Orlando A. Perez-Fernandez | 13 | 6/1/2026 |
| 26-12404-ı | Sean David Barnette | 13 | 6/2/2026 |
| 26-12406-ı | Gerald Guiteau | 13 | 6/2/2026 |
| 26-12452-ı | Daniel A. Graham | 13 | 6/5/2026 |
| 26-12495-ε | Roberto Alfredo Del Castillo | 13 | 6/9/2026 |
| 26-12608-ı | Sean M. Hansen | 13 | 6/17/2026 |
| 26-12613-ε | Robert P Durant, Jr. | 13 | 6/17/2026 |
| 26-12739-ı | Frankie Rafael Leon, Sr. | 13 | 6/26/2026 |
| 26-12763-ı | Shawn Hagan | 13 | 6/29/2026 |
| 26-12791-ı | Tammy L. Devine | 13 | 6/30/2026 |

| | | | |
|---|---|---|---|
| 26-12845-a | Kevin M. May | 13 | 7/3/2026 |
| 26-12893-p | Michael Nehren | 13 | 7/8/2026 |
| 26-12907-p | Jorge Francisco Suarez | 13 | 7/9/2026 |
| 26-12953-p | Susan Diane Janoski | 13 | 7/14/2026 |
| 26-12979-( | Avner P. Goodman | 13 | 7/15/2026 |
| 26-12981-a | Evis N Stancil | 13 | 7/15/2026 |
| 26-12996-a | Andrew Ahn | 13 | 7/16/2026 |
| 26-13007-( | Robert J F Deruschi-McParland | 13 | 7/17/2026 |
| 26-13009-( | Kathleen V Anderson | 13 | 7/17/2026 |
| 26-13048-p | Mary E. O'Neill | 13 | 7/20/2026 |
| 26-13050-a | Robert Theodore Buck and Cherylin Vilar Buck | 13 | 7/20/2026 |
| 26-13143-p | Rogers G. Plazas | 13 | 7/27/2026 |
| 26-13158-( | Kathleen Derr | 13 | 7/28/2026 |
| 26-13219-a | Lorenzo Cosandra Glover | 13 | 7/31/2026 |
| 26-13245-a | Joseph C Glinkowski | 13 | 7/31/2026 |
| 26-13250-a | Michelle Adrienne Lamar | 13 | 7/31/2026 |
| 26-13265-a | Tracey D. Grant | 13 | 8/2/2026 |
| 26-13293-p | Charles E. Woolf | 13 | 8/4/2026 |
| 26-13316-p | Larry Bruce Moyer, Jr. and Magdalena Luisa Moyer | 13 | 8/5/2026 |
| 26-13318-( | Sherzod I Sabirov | 11 | 8/5/2026 |
| 26-13350-a | Teresa L. Jones | 13 | 8/10/2026 |
| 26-13376-( | Andrea L. Forconi | 13 | 8/12/2026 |
| 26-13385-( | Angela Sandra Fanelli | 13 | 8/12/2026 |
| 26-13396-a | Drew M Smith | 13 | 8/13/2026 |
| 26-13403-a | Dennis J. Wilson | 13 | 8/13/2026 |
| 26-13405-p | Donna M. Shinton | 13 | 8/13/2026 |
| 26-13425-( | Katherine M Smith | 13 | 8/14/2026 |
| 26-13469-a | Stephanie M Donofrio | 13 | 8/19/2026 |
| 26-13481-( | Cynthia E. Higgins | 13 | 8/19/2026 |
| 26-13493-a | Carolann M. Wertman | 13 | 8/20/2026 |
| 26-13528-( | Teaira M. Turner | 13 | 8/24/2026 |
| 26-13561-p | Ernest Holden | 13 | 8/25/2026 |
| 26-13598-( | Kisha Williams | 13 | 8/28/2026 |
| 26-13612-a | Anthony Orlando | 13 | 8/28/2026 |
| 26-13622-a | Emma Watson | 13 | 8/30/2026 |
| 26-13666-p | Bala Investments, LLC | 11 | 8/31/2026 |