United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-11850-amc
Sakena O. Phillips Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Nov 18, 2026 Form ID: 155 Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sakena O. Phillips, 5724 Delancey St,, Philadelphia, PA 19143-1206 |
| 15140536 | + | Lakeview Loan Servicing LLC, c/o McCalla Raymer Leibert Pierce LLP, Bankruptcy Department, 325 Chestnut Street, Suite 725, Philadelphia,, PA 19106-2607 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15136533 | | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 18 2026 23:18:52 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15136534 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Nov 18 2026 22:51:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15197974 | | Email/Text: megan.harper@phila.gov | Nov 18 2026 22:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15136535 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2026 23:18:51 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15136536 | + | Email/Text: mrdiscen@discover.com | Nov 18 2026 22:51:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15136537 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2026 22:51:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15145343 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 18 2026 22:51:00 | Lakeview Loan Servicing, LLC, Rocket Mortgage, LLC, Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 15169223 | ^ | MEBN | Nov 18 2026 22:46:42 | Lakeview Loan Servicing, LLC et. al., M & T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15136538 | + | Email/Text: Documentfiling@lciinc.com | Nov 18 2026 22:51:00 | Lending Club, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-5839 |
| 15136539 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 18 2026 22:51:00 | Mrc/united Wholesale M, Attn: Bankruptcy P. O. Box 619098, Dallas, TX 75261-9098 |
| 15160544 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2026 23:19:09 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15143879 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2026 22:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 15136540 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 18 2026 22:52:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |

| | | | | |
|---|---|---|---|---|
| 15162307 | | Email/Text: bnc-quantum@quantum3group.com | Nov 18 2026 22:51:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15136541 | ^ | MEBN | Nov 18 2026 22:46:46 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15136542 | ^ | MEBN | Nov 18 2026 22:46:40 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 15136543 | | Email/Text: bnc_4301@velocityrecoveries.com | Nov 18 2026 22:51:00 | Velocity Investments, LLC, Attn: Bankruptcy, 1800 Route 34 North, Bldg. 3, Suite 305, Belmar, NJ 07719 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Lakeview Loan Servicing LLC philalaw@aol.com, mccallaecf@ecf.courtdrive.com |
| MICHAEL A. CIBIK | on behalf of Debtor Sakena O. Phillips help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Sakena O. Phillips<br><br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | <br>Case No. 26−11850−amc<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: November 18, 2026

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court